IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES CURRENCY IN US BANK<br>ACCOUNT NUMBER 50873504347  IN THE<br>NAME OF THOMAS J. TROUBA,,<br><br>        Defendant. | **8:20CV406**<br><br><br>**ORDER** |

This action is before the Court on its own motion.  It appears that the plaintiff's

motion to extend, Filing No. 7, and the defendant's objection thereto were resolved in

the Court's stipulated order, Filing No. 15, and will be denied as moot.  Accordingly,

IT IS ORDERED that

1.      The plaintiff's motion to extend (Filing No. 7) is denied as moot.

2.      The defendant's objection (Filing No. 8) is denied as moot.

Dated this 18th day of November, 2020.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge