IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In the matter of the restraint of:<br><br>UNITED STATES CURRENCY IN US BANK ACCOUNT NUMBER 50873504347 IN THE NAME OF THOMAS J. TROUBA, | 8:20CV406<br><br>ORDER |

      This matter comes before the Court at the request of Thomas J. Trouba (Filing No. 17), by and through his attorney, Steve Lefler, to release the $18,808 in U.S. currency held by Attorney Lefler in trust from the stipulated freeze Order (Filing No. 15). The government has no objection (Filing No. 18). Therefore, the Court finds that the $18,808 held by Attorney Lefler in his trust account is no longer subject to any freeze order of this Court.

      SO ORDERED.

      Dated this 21st day of January, 2021.

      BY THE COURT:

      s/ Joseph F. Bataillon
      Senior United States District Judge